UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Colin F. W. Brown,

      Plaintiff,

  v.

Citibank, N.A., successor in interest to         Case No. 16-cv-1513-LA
Citibank (South Dakota), N.A., d/b/a Citibank
North America, Inc., Discover Financial
Services, Inc., and Chase Bank USA, N.A.,

      Defendants.

## STIPULATION FOR DISMISSAL

Plaintiff, Colin F.W. Brown and Defendant, Discover Financial Services, Inc. stipulate that the above-captioned case having been fully and completely settled may be dismissed with prejudice, with each party to pay his/its own costs and fees. The parties further request that the Court direct the Clerk to enter an Order of Dismissal dismissing the case with prejudice, each party to bear his/its own costs and fees, and close the case accordingly.

28979498

Dated this 4th day of January, 2018.

Attorneys for Plaintiff, Colin F.W. Brown

    s/Thomas J. Lyons, Jr.
------
Thomas J. Lyons, Jr.
CONSUMER JUSTICE CENTER, P.A.
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:   (651) 704-0907
Email:  tommy@consumerjusticecenter.com

Thomas J. Lyons
LYONS LAW FIRM, P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:   (651) 770-5830
Email:  tlyons@lyonslawfirm.com

Dated this 4th day of January, 2018.

Attorneys for Defendant, Discover Financial Services, Inc.

    s/Marci V. Kawski
------
Marci V. Kawski
Lisa M. Lawless
Edward J. Heiser, Jr.
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI  53701-1379
Telephone:  (608) 255-4440
Facsimile:   (608) 258-7138
Email: Marci.Kawski@huschblackwell.com
Email: Lisa.Lawless@huschblackwell.com
Email: Edward.Heiser@huschblackwell.com